UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Civil Case No. 18-2099

Jordan S. Kushner,

                Appellant,

vs.

Lieutenant Troy Buhta,
Officer Ashlee Lange,
Officer Kathleen Temple,
Sergeant Kristin Tyra,
Linda Lokensgard,
Eric W. Kaler,

                Appellees.

**APPELLANT'S SECOND MOTION FOR EXTENSION TO FILE BRIEF**

     **PLEASE TAKE NOTICE** that Appellant, on his own behalf and through undersigned counsel, hereby moves for an Order to extend the deadline for filing Appellant's Brief and Appendix from August 1, 2018 until on or before August 22, 2018. The grounds are that Appellant, who himself is most familiar with the facts and the record in this case, is unable to complete the Brief by the current deadline due to substantial other workload obligations. Appellant, who is an attorney as well as the plaintiff has been working on an extensive summary judgment response in district court that has delayed other obligations, has had other complex motions, hearings and personal obligations that have prevented him from completing the brief in the instant case. Appellant had a previously scheduled family vacation with non-refundable flight tickets from August 4-10, and has a state court criminal trial previously scheduled for the week of August 13,

and therefore cannot immediately complete the Brief and hence asks for three more weeks.

Dated: July 31, 2018	LAW OFFICE OF JORDAN S. KUSHNER

By   s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Appellant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
 (612) 288-0545

Dated: July 31, 2018	PETER J. NICKITAS LAW OFFICE, L.L.C.

/s/ *Peter J. Nickitas* (electronically signed)
_____
Peter J. Nickitas, MN Att'y #212313
Attorney for Appellant
431 S. 7th St., Suite 2446
Minneapolis, MN 55415
651.238.3445/FAX 1.888.389.7890

## Certificate of Compliance

Undersigned counsel hereby certifies, pursuant to Fed.R.App.P. 32(7)(g) that the foregoing motion complies with the type-volume limitation set forth by Rule 27(d)(2). According to the word count of the wordprocessing system used to prepare this Motion, this Motion contains 165 words.

Date: July 31, 2018	s/   *Jordan S. Kushner*
	Jordan S. Kushner

## Certificate of Service

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Jordan S. Kushner

3

Appellate Case: 18-2099     Page: 3     Date Filed: 07/31/2018 Entry ID: 4688336